■ STUART G. BALLIN, Appellant-Respondent, v. MARGARET S. BALLIN, Respondent-Appellant.— Order entered January 4, 1968, unanimously modified on the law and the facts and in the exercise of discretion, to the extent of limiting payment of psychologist, Dr. Benjamin Winsten, to the amount due on April 24, 1968. This, in view of the stipulation entered into before Mr. Justice Stevens on that date, and provision for payment beyond that date, is stricken, without costs or disbursements. Order entered March 29, 1968 unanimously modified, on the law and the facts, to reduce the amount of counsel fees to $300 already paid, and otherwise affirmed, without costs or disbursements. In view of the stipulation heretofore voluntarily entered into the amount awarded should have been so limited. Concur — Steuer, J. P., Tilzer, McGivern, Rabin and McNally, JJ.

■ COMPREHENSIVE FILMTREAT, INC., Respondent, v. C & M FILM SERVICE, INC., et al., Appellants.— Order entered May 20, 1968, unanimously affirmed, with $50 costs and disbursements to respondent. Order entered November 22, 1967, unanimously modified on the law and the facts, and in the exercise of discretion, so as to permit discovery and inspection, pursuant to item numbered "1" of the notice dated October 26, 1967, but limited to visual inspection only, and delete from such notice item numbered "2", and otherwise affirmed, without costs or disbursements. In view of the defendants' motion for summary judgment and the extensive examinations already had, it is difficult to sense prejudice by granting a visual inspection only with respect to this item "1". Before the establishment of liability the granting of permission to inspect "copies of all invoices" is premature. (Griffin Mfg. Co., v. Gold Dust Corp., 245 App. Div. 385.) Concur — Steuer, J. P., Tilzer, McGivern, Rabin and McNally, JJ.

■ GEORGE REIS, Individually and as Administrator of the Estate of LISA REIS, Deceased, Respondent, v. CITY OF NEW YORK et al., Defendants, and MIRIAM BLOCH, Appellant.— Order entered July 21, 1967 denying a motion for an examination before trial unanimously reversed on the law and the facts, with $30 costs and disbursements to appellant, and the motion granted. The record indicates that sufficient special circumstances exist to warrant the granting of the motion. Concur — Stevens, J. P., Steuer, Capozzoli, Tilzer and McNally, JJ.